CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
russ@potterhandy.com
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>    Plaintiff,<br><br>v.<br><br>**Steve R. Anaya**;<br>and Does 1-10,<br><br>    Defendants. | Case 5:19-CV-01075-PA-SHK<br><br>**Plaintiff's Application for Default Judgment by Court Against Steve R. Anaya**<br><br>Date:  January 6, 2020<br>Time:  1:30 p.m.<br>Ctrm:  9A |

To Defendant Steve R. Anaya, and the attorneys of record, if any: Please take notice that on January 6, 2020, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at the First Street Courthouse, 350 W. 1st Street, Courtroom 9A, 9th Floor, Los Angeles, California, Plaintiff Chris Langer, will present his application for default judgment against defendant Steve R. Anaya. The Clerk has previously entered the defaults on Steve R. Anaya, on October 10, 2019.

    At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant Steve R. Anaya is not minor or incompetent

person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant Steve R. Anaya has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks $6,573.50 monetary judgment against defendant Steve R. Anaya and an order directing the defendant to provide accessible parking and an accessible entrance at The Rock Bin located at 33020 Dowman Street, Lake Elsinore, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendants Steve R. Anaya on November 12, 2019, by first class United States Mail, postage prepaid.

Dated: November 12, 2019        CENTER FOR DISABILITY ACCESS

By: */s/ Russell Handy*
Russell Handy, Esq.,
Attorney for Plaintiff