UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE R. ANAYA, et al.,<br><br>    Defendants. | CV 19-01075 PA (SHKx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

    Pursuant to the Court's January 6, 2020 Minute Order granting the Application for Default Judgment filed by plaintiff Chris Langer ("Plaintiff"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

    1. Defendant Steve R. Anaya ("Defendant") shall pay to Plaintiff the total amount of $2,898.75 (itemized as attorneys' fees of $2,498.75, and litigation costs of $400.00); and

    2. Defendant is ordered to provide accessible parking and an accessible path of travel leading to the entrance at The Rock Bin located at 33020 Dowman Street, Lake Elsinore, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

    IT IS SO ORDERED.

DATED: January 6, 2020

                                                                   Percy Anderson<br>                                         UNITED STATES DISTRICT JUDGE